UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE M. RIOS, *et al.*,

                           Plaintiffs,

-against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION – OTISVILLE CORRECTIONAL
FACILITY, *et al.*,

                           Defendants.
-----------------------------------------------------------X

**AMENDED TRIAL ORDER**

17 Civ. 1148 (JCM)

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on January 27, 2020 in Courtroom 421. Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue each day from 9:00 a.m. until 5:00 p.m.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by December 9, 2019. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

3. Proposed *voir dire* must be filed by December 9, 2019.

4. Proposed jury instructions and a proposed verdict form must be filed by December 9, 2019. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

5. Any motions *in limine* shall be filed by December 16, 2019.

6. Responses to motions *in limine* must be filed by December 26, 2019.

7. Final Pre-Trial Conference will be held on January 15, 2020 at 10:00 a.m. in Courtroom 421.

The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. Counsel shall also provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial but no later than at the Pre-Trial Conference.

Dated: December 2, 2019
      White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge