UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSE M. RIOS AND KIMBERLY M.
MARRERO,

                Plaintiffs,

-against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION – OTISVILLE
CORRECTION FACILITY, *et al.*

                Defendants.
-----------------------------------------------------------x

**ORDER**

17 Civ. 1148 (JCM)

On December 2, 2019, the Court issued an amended trial order directing the parties, in part, to provide the Court with "courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial but no later than the Pre-Trial Conference." (Docket No. 73). At the Pre-Trial Conference, held on January 15, 2020, the Court only received exhibits from Defendants. To date, the Court has not received Plaintiffs' exhibits. Therefore, Plaintiffs are directed to submit courtesy copies of their pre-marked exhibits by no later than close of business on January 23, 2020.

Dated:   January 22, 2020
         White Plains, New York

                                            **SO ORDERED:**

                                            _____
                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge